ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVINDER SINGH, et al.,

Plaintiffs,

v.

USCIS, et al.,

Defendants.

CASE NO. 2:26-CV-02976-WBS-AC

STIPULATION AND ORDER FOR EXTENSION OF THE DEADLINE FOR DEFENDANTS' RESPONSE

Defendants request and Plaintiffs do not oppose an extension of time for Defendants to file their answer or alternate pleading. Plaintiffs allege that Defendant U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed adjudication of Plaintiffs' I-485 Applications. The Complaint was served on September 15, 2026, making the current response deadline November 16, 2026. Agency counsel was not able to provide information about this case until last week and more time is needed to discuss status and the client agency's position. Given this status, the parties are not able to meaningfully confer in advance of a response by Defendants. In the interest of a full assessment of status and to allow time to discuss pertinent facts and applicable law, the parties hereby stipulate an extension of the deadline for Defendants to respond for approximately thirty (30) days to and including December 16, 2026. The parties further request that all other applicable dates and deadlines be similarly extended.

Based on the foregoing stipulation, the new date for Defendants to file an answer or other responsive pleading is December 16, 2026. Any and all other pending proceedings and/or deadlines are similarly extended.

Dated: November 16, 2026

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney

Dated: November 16, 2026

*/s/ Christina S. Castro (as authorized on November 16, 2026)*
CHRISTINA S. CASTRO
Counsel for Plaintiff

ORDER

Based on the foregoing stipulation, it is hereby ORDERED that:

1. Defendants shall have through and including December 16, 2026 to file their response or alternate pleading; and

2. All any other deadlines shall be extended for a similar period of time.

Dated: November 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE